

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:          01-13-00826-CV

Style:           Michael Wayne Barnes

                 v. The State of Texas

Date motion filed*:      November 21, 2013

Type of motion:      Motion to order district clerk to prepare a transcript of hearing

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated?    No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:          Current Due date:
        Date Requested:

Ordered that motion is:

    ☐       Granted

           If document is to be filed, document due:

           ☐     The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☒       Denied

    ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐       Other: _____

    **Appellant's motion is denied.  The district clerk has no duty to prepare a reporter's record.  *See* TEX. R. APP. P. 35.3(b).  Further, the court reporter has filed an information sheet with this Court stating that there is no reporter's record in this case.  Appellant's brief is due 30 days from the date of this order.**

Judge's signature:   /s/ Laura C. Higley
                 ☒ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  December 4, 2013

November 7, 2008 Revision